```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 06390
    WILLIAM C BARCLAY
    ROBERTA A BARCLAY                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
              Debtor
    SSN XXX-XX-4747      SSN XXX-XX-3367


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 02/19/04 and confirmed on 05/07/04.

      2.  The plan is paid in full.

      3.  The Debtor paid a total of $  22832.13 .

      4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00            .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     17568.00            .00       17568.00
LAKES REGIONAL SANITARY    UNSECURED        NOT FILED            .00            .00
COMED                      UNSECURED        NOT FILED            .00            .00
CONDELL ACUTE CARE         UNSECURED        NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         15145.65            .00        1514.57
NICOR GAS                  UNSECURED           551.52            .00          55.15
RAMSEY LAW FIRM            NOTICE ONLY      NOT FILED            .00            .00
SCOTT & GOLMAN             UNSECURED        NOT FILED            .00            .00
CHILDRENS HEALTH CENTER    UNSECURED        NOT FILED            .00            .00
ULTRA CARE HOME MED        UNSECURED        NOT FILED            .00            .00
COST OF COLLECTION         COST OF COLLE    NOT FILED            .00            .00
            Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   17568.00          .00      15697.17         .00      33265.17
PRINCIPAL PAID       17568.00          .00       1569.72         .00      19137.72
INTEREST PAID             .00          .00            .00        .00            .00
TOTAL PAID           17568.00          .00       1569.72         .00      19137.72
The Debtor's attorney, GARY N FOLEY PC                 , was allowed $   3503.00
and was paid $    804.00   direct and $   2699.00   through the plan.

The Trustee received $     995.41 .

Refunds to the Debtor totaled $         .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/12/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```